**Opinion issued April 5, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-22-00125-CR**

**NO. 01-22-00126-CR**

**NO. 01-22-00127-CR**

**NO. 01-22-00128-CR**

**NO. 01-22-00129-CR**

———————————

**IN RE CASEY RAY BROWN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Casey Ray Brown, acting pro se, has filed a petition for writ of mandamus compelling the trial court to provide a speedy trial in the underlying cases.[1] We deny the petition.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] No record was filed with the petition. The underlying cases are *The State of Texas v. Casey Ray Brown*, cause numbers 1706825, 1711705, 1711718, 1714981, and 1714982, pending in the 208th District Court of Harris County, Texas, the Honorable Greg Glass presiding.